L. B. SMITH, INCORPORATED, OF PHILADELPHIA v. OCEAN ASPHALT COMPANY, INCORPORATED.

November 9, 1976. Petition for certification granted.

RONSON HELICOPTERS, INC., DEY FARMS, INC. v. TRENTON AVIATION, INC.

November 9, 1976. Petition for certification denied.

DEY FARMS, INC., ETC. v. TRENTON AVIATION, INC.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C. G.

November 16, 1976. Petition for certification denied.

CHRISOSTOMOS CANDES v. ROCKWELL MANUFACTURING COMPANY.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MARGY ELLEN SMITH.

November 16, 1976. Petition for certification denied. (See 142 *N. J. Super.* 575)